**UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION**

**Bria Hunt,** Plaintiff,

v.

**Block, Inc. d/b/a Cash App,** Defendant.

Case No.: 1:25-CV-06686-JPB

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

FEB 0 6 2026

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

**CERTIFICATE OF SERVICE**

I hereby certify that on February 6, 2026, I served a true and correct copy of the following documents:

- **Motion for Leave to File First Amended Complaint**

- **First Amended Complaint**

- **Notice Clarifying Procedural Posture**

- **Motion to Strike or Disregard Defendant's February 3, 2026, Letter**

- **Plaintiff's Response to Defendant's February 3, 2026, Letter**

upon counsel for Defendant Block, Inc. d/b/a Cash App via email, addressed as follows:

**Jenna Schneider**

**Thompson Hine LLP**

**Email: Jenna.Schneider@thompsonhine.com**

**Respectfully Submitted,**

**Bria Hunt**

480 Thurmond Circle

Statham, GA 30666

Briahunt25@gmail.com

678-899-4784

**MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**

## UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION

**Bria Hunt,** Plaintiff,

v.

**Block, Inc. d/b/a Cash App,** Defendant.

Case No.: 1:25-CV-06686-JPB

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

FEB 0 6 2026

KEVIN R. WEIMER, Clerk
By: _____ Deputy Clerk

**PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT**

Plaintiff respectfully moves for leave to file the attached **First Amended Complaint** pursuant to Federal Rule of Civil Procedure 15(a)(2).

This amendment is necessary too:

1. Clarify Plaintiff's procedural posture regarding arbitration.

2. Correct Defendant's mischaracterizations contained in its February 3, 2026, letter;

3. More clearly articulate Plaintiff's challenge to contract formation under the Federal Arbitration Act, 9 U.S.C. § 4; and

4. Ensure the Court has a complete and accurate record for its review under 28 U.S.C. § 1915(e)(2)(B).

The amendment does not prejudice Defendant, adds no new parties, and merely clarifies the factual and legal basis for Plaintiff's claims.

Plaintiff respectfully requests that the Court grant leave file the attached First Amended Complaint.

Respectfully submitted,

Bria Hunt

480 Thurmond Circle

Statham, GA 30666

Briahunt25@gmail.com

678-899-4784