**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| BRIA HUNT, | ) | |
| | ) | |
| Plaintiff, | ) | CASE NO. 1:25-CV-06686-JPB |
| | ) | |
| v. | ) | JUDGE J. P. BOULEE |
| | ) | |
| BLOCK INC., | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SUBSTITUTION OF COUNSEL

**PLEASE TAKE NOTICE** that attorney Alexandra C. Nelson of the law firm of Thompson Hine LLP, Two Alliance Center, 3560 Lenox Road, NE, Suite 1600, Atlanta, Georgia 30326 is hereby substituted in place of attorney Jenna S. Schneider in this matter as counsel for Defendant Block, Inc.  All further pleadings or correspondence in this action should be served upon Alexandra C. Nelson.

*/s/ Alexandra C. Nelson*
Alexandra C. Nelson (241352)
THOMPSON HINE LLP
Two Alliance Center
3560 Lenox Road, NE, Suite 1600
Atlanta, Georgia 30326
Telephone: (404) 541-2900
Facsimile: (404) 541-2905
Alexandra.Nelson@ThompsonHine.com


*Defendant Block, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 18, 2026, I filed this document through the Court's electronic filing system, which serves counsel for other parties who are registered participants as identified on the Notice of Electronic Filing and a copy was served on Plaintiff Bria Hunt via regular mail to 480 Thurmond Circle, Statham, Georgia 30666.

*/s/ Alexandra C. Nelson*
Alexandra C. Nelson